

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00213-CV

BRIAN DAMON WARD,

                                                                        Appellant

 v.

JUDGE DONALD L. KRAEMER,
12TH DISTRICT COURT AND TDCJ-ID,

                                                                        Appellees

**From the 12th District Court
Walker County, Texas
Trial Court No. 1728292**

## MEMORANDUM OPINION

Appellant, Brian Damon Ward, appeals from a judgment signed by the trial court on June 11, 2018. By letter dated July 24, 2018, the Clerk of this Court notified appellant that the appeal was subject to dismissal because the original filing fee had not been paid and warned appellant that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellant paid the filing fee or obtained indigent status for the purpose of the appeal. Ten days have passed, and appellant has not paid the filing fee

for this appeal or obtained indigent status.  Accordingly, we hereby dismiss this appeal.

*See* TEX. R. APP. P. 42.3(c).

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 15, 2018
[CV06]

